1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   WILLIAM I. KOCH,                                No. 13-mc-80198 SI

9              Plaintiff,                            **ORDER DENYING AS MOOT
                                                    PLAINTIFF'S MOTION TO SHORTEN
10        v.                                        TIME**

11   ROYAL WINE MERCHANTS, LTD.,

12              Defendant.
                                              /
13

14        Presently before the Court is plaintiff William Koch's administrative motion to shorten time for

15   hearing on third-party Eric Greenberg's motion to quash or for protective order.  A hearing on

16   Greenberg's motion is currently scheduled for November 8, 2013.  Pursuant to Civil Local Rule 7-1(b),

17   the Court has determined that the matter is appropriate for resolution without oral argument, and

18   VACATES the hearing.  Accordingly, the Court DENIES as moot plaintiff's motion to shorten time.

19   The Court will issue an order on Greenberg's motion shortly.  This order resolves Docket No. 16.

20

21        **IT IS SO ORDERED.**

22

23   Dated: October 8, 2013                    _____
                                              SUSAN ILLSTON
24                                            United States District Judge

25
26
27
28

_United States District Court_
_For the Northern District of California_